UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>   Plaintiff,<br><br> v.<br><br>SANTA CLARA VALLEY MEDICAL<br>CENTER EMERGENCY PSYCHIATRIC<br>SERVICES, ET AL et al,<br><br>   Defendant.<br>_____/ | Case Number: CV07-03942 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ann Miller Ravel
Office of the County Counsel
70 West Hedding Street
Ninth Floor
East Wing
San Jose, CA 95110-1770


Dated: September 6, 2007

                Richard W. Wieking, Clerk
                By: Tiffany Salinas-Harwell, Deputy Clerk