```
 1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
    DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
 2  OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
 3  San Jose, California  95110-1770
    Telephone:  (408) 299-5900
 4  Facsimile:  (408) 292-7240

 5  Attorneys for Defendant
    COUNTY OF SANTA CLARA and on
 6  behalf of SANTA CLARA VALLEY
    MEDICAL CENTER: EMERGENCY
 7  PSYCHIATRIC SERVICES (also sued as
    Valley Medical Center)
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALAN BUSH, | No.  C 07-03942 JF |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| SANTA CLARA VALLEY MEDICAL CENTER EMERGENCY PSYCHIATRIC SERVICES; ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH; LONG THANG CAO aka KEVIN CAO; KATHY BICKEL, CAMPBELL POLICE DEPARTMENT, | |
| Defendants. | |

Please see attached Proof of Service.

95803.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

*Bush v. Santa Clara Valley Medical Center, et al.*                No. C07-03942

I, Anna Marie B. Espiritu, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **ANSWER TO COMPLAINT,** by placing said copy in an envelope addressed to:

James Alan Bush
3859 De La Cruz Blvd.
Santa Clara, CA. 95054

which envelope was then sealed, with postage fully prepaid thereon, on **September 18, 2007,** and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **September 18, 2007,** at San Jose, California.

                                    /S/
                            _____
                            Anna Marie B. Espiritu

95800.wpd