UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES BUSH,<br>　　　　Plaintiff,<br>V.<br>SANTA CLARA VALLEY MEDICAL,<br>　　　　Defendant. | Case Number CV-07-3942-JF<br><br>Case Management Conference<br><br>NOVEMBER 30, 2007<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on November 30, 2007 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

| | |
|---|---|
| October 3, 2007 | For the Court<br>Richard W. Wieking, Clerk<br><br>By:　/s/<br>Diana Munz<br>Courtroom Deputy Clerk |

Copy mailed to: James Bush, 3859 De La Cruz Blvd., Santa Clara, CA  95054